Bonnie Haran
Danielle Haran
Patrick Emmett ND; PHD
sib doe one
sib doe two

USDC WACO

NEW FILING

**FILED**
March 06, 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____lad_____
DEPUTY

NEW FILING   CIVIL RIGHTS:   RFRA RELIGION CLAIM

i. Dr patrick Emmett ND; PHD, is beign denied Kosher meals; this is mandatory right for all segregational inamtes; see MOUSSA ZADEH VERSUS TDCJ   503 f3d; 781 £ ( % 5th circuit 2012). Denial of such negatievly effects Dr Emmetts health; all abpove aprties ahev  standing to bring claim on this mater sicne Dr Emmett provides MEDICAL TREAMENT VIA ADVISEMENST IN ANIURLA SCIENCE: NUIRIONAL ASPECTS: THYROID PHYSIOLOGY. CANCER PREVENTION VIA LYMPATIC SYSTEM TEACHINGS AND ANIURAL METHODS TO AVOID: all aprties theriin haev  standing to bring claim on this amter sicne the abroagtion of  diet beign proper also effects Dr. Emmetts  cognition and abiltiy to maintain top tiet cognizance so as to provide teh best adviseemnt possible and also keep records of advisemenst  to aptienst on diet; thyroid hormones; diet adjustmenst blood chemistry analysis  on paitienst in  addressing minerals ' imbalances; so He acn  provide  teh advisement that acn assist all above aprties all via natural method(  SEE BOOK" FOOD AND MOOD" on online  PHD thesis; there is full citation into  " FOD AND MOOD" lack of proepr diet  effects congnition; also hughes priosn refuses to even provide proper protein amounts; promulgatign   pernicious anemia when one request meat free peanut free tray, they r supposed to receive  har boiled eggs soas to be able to obtian vitrain B12; so as to avoid pernicious anemia;;;;  ; Daniella Haran is common law wife under Texas law one that lives with aprty over six months or even acts as amrreid is marreid op pursuant to omm  common law doctrine; Bonnie Haran is  curently hospice near on bad treatemnt; Danielle constantly asks advisement that states requests for natural wasy to ehlp her self and mother natural; without Dr Emmetts proepr diet this interferres with ability to proivide  acre an advsie neede for both aprties; later goes under same principles;  and wont be amned; sicne  Dalas USDC refused to  redact her address as requested in file 3:242565;  titel company retaliated agasinther and  tried tocut her brak lines; which is common sense that most corporations will retaliaet aagisnt suits so i asked that her addresses be sealed andit was not so someoen  tried to kill her cutitgn her brake lines in reguards tolawsuit filed aaginst greenville titel company. hence laetr aprties will not be named; two additional aprties non profit entity "THYROID PHYSIOLOGY INC. give all public free thyroid physiology advisement; so abroagtign proper diet wehn cited text provse diet effects mood; tehn .. CIO of non profit entity aslo has standing to bring claim sicne adminstratros acn be paid torumon profit entities,  CHIEF TECHNOLOGY OFFCIER HAS STANINGAS WELL WHICH  WILL BE LSTIED AS " A.R.".( book cited on "FOOD AND MOOD" this will apply also to not just mood but to how one will think perido see also " ENCYCLOPEDIA OF VITMAISNAND MINERALS. this will also exaplin that waht vitamsinu intake will determien how you think; kitckhen  aslo refuses to  provide slat apckages; adn when tehy r  rpovided; they r illeglay absed  : SODIUM ALUMINO SILICATE ABSED. FDA outlawed SODIUM ALUMINO SILICATE SLAT 50 years ago, when Dr emet published PHD thesis online GLOBAL PACKGIGN  INDISTRIES USED THAT  INFURMATION ON SODIUM ALUMINO SILICATE CAUSING ADD AND ADHD TO  ALTER ALL SLAT TO SODIUM ALUMINO SILICAE. This is over 98 X over legal alowable limitation; only 2 percent alumino silicateslat is allowed to be  brought into any product; This   prodcut  illegalities is lal  on feil 6:20-655; already provaable so when -655 was filed; GLOBAL CHANGED SLAT TO  " SALT" on packages; not disclosing that  natrue of slatinside is  illeglay absed  SODIUM ALUNIO SILICATE
ii.   on protein count, growmen ned around 200 grams proteindaily and with processed meat ;  emmett is on meat fre request, so   all meat woudlahevto eb repalced with ahird bloided eggs( only thing inbilble that was deemd  acceptabel to eat was whole beef; chicken and ahrd boiled aggs;;;;see old testaemnt  on  kosher meals requireemnstand all dieatry practices

p2. kosher suit waco....... dated feb 22

NON PROFIT CORPORATIONS ARE TAKEN AS PERSONS IN CONTEMT OF
LAW;  so, C.T.O ACTION AS AGENT FOR NON PROFIT CORPORATION can also bring suit as standing ass well sicne
this efects his CIO salary: ANS ALSO TREATEMNT OF
ALL PARTIES RECEIVING FREE ADVISEMENT AS WELL
WILL BE ADVERSELY EFFECIED BY IM PROPER DIET OF Dr. Emmett.

II.
ALL WATER SUPPLY HAS DEADLY AMOUNTS OF ARSENCI AND ANTIMONY IN IT
placing Dr patrick Emmet life in imminenet danger and advsrseley effectign ability to think top leevl to
provide top tarement to all fmaily; andno profit entities as well along with all peoepel sekjng advisement
on thyrodi physiology, all thru naturla health

All is stated pursuant to

TEXAS RULES OF CIVIL PROCEDURE 93
under purjury

ALL ATTRENY GENERALS OFCIE WILL BE SERVED

Danielle haran
Bonnie Haran
Dr. patrick Emmett ND: PHD; C.F.T
sib doe one
sib doe two
CIO non profit corporation "THYROID PHYSIOLOGY INC.
"THYROID PHYSIOLOGY INC. NON PROFT PROVIDIGN FREE THYRODI ADVISEEMNT TO ALL SOCIETY
C/o CT' A.R".

Danielle haran _Donielle Haran_
Bonnie Haran_ _Anne Han_
Patrick Emmett ND: PHD _[signature]_

doe sib one _____X_____

doe sib two _____X_____

CIO THYROID PHYSIOLOGY INC. " A.R."  _"A.R"_

"THYROID PHYSIOLOGY INC.(c.o receiver "A,R" cto THYRODI PHYSIOLOGY  _"A.R"_

ALL FREE WOLRD APRIEIS REQUEST RECEIVER SHIP AT
Danielle Haran
5507 Greenbirar
Greenville texas

Danielle Haran
Bonnie Haran
Patrick Emmett ND: PHD
doe sib one
doe sib two
C.T.O NON PROFIT "THYROID PHYSIOLOGY INC.
NON PROFIT THYROID PHYSIOLOGY INC
all but Dr Emmet request receivership at
5507 grenbriar
Greenville texas 75402

USDC Waco

VERSUS

FOOD SERVICES MANAGER: MAJOR: CAPTAIN: ALL FOOD SERVICES EMPLOYEES: TDCJ CORPORATION: GLOBAL PACKIGIN INDUSRTIES CORPORATION : ALL WATER TOWER EMPLOYYEES: ALL AMINTENANCE EMPLOYYES AND WATER PLANT EMPLOYES AND SUPERVISORS

ATTENTION CLERK OF COURT

TITLE SUIT

DANIELLE HARAN
ET AL

VERSUS

FOOD SERVICES MAJOR:   ET AL

Thanks

Dr. Patrick Emmett ND: PHD

MOTION FOR LEAEV TO PROCEED INFORMA PAUPERIS

Danielle Haran and Bonnie Haran are dead broek and looking for section 8 housing hence request to proceed informa pauperis

5507 greenbriar
greenville texas 75402

*Danielle Haran* (signature)

*Bonnie Haran* (signature)

AO 241 (Rev. 09/17)

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(3) Did you receive a hearing on your motion or petition?   ☐ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☐ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☐ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two : _____

_____

_____

**GROUND THREE:** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

_____

_____

_____

_____

Danielle Haran
Bonnie Haran
Patrick Emmett ND: PHD
doe sib one
doe sib two
C.T.O. NON PROFIT  : "A.R"; OF "THYROID PHYSIOLOGY INC."
M NON PROFIT "THYROID PHYSIOLOGY INC
B.E OR CURRENT RESIDENT family memerb that had medical advisement and fiscal
communications abroagetd; ill remain as listed; sicne clerk of dallas refsued to
removed or 'redact' Danielle Harans address from record pulic; soemoen from
titel company retalaietd and tried to kill her by cuttign ehr acrs brake lines
Concerning C"T.O CHIEF TECHNOLOGY OFFIER  "A.R" for 'THYROID PHYSIOLOGY INC;
DEPARTMENT OF HOMELAND SECURITY : FEDERAL BUREAU OF INVESTIAGTION: ARE ALL HACKING
HIS LAPTOP AND CELLPHONES , CRASHINGOUT HIS SSYTEMIC FUNTION SO THAT SOCEITY IS
NOT TREATED FOR FRE WITH "THYRODI PHYSIOLOGY INC: this violates TITEL 47USC; section
207; FEDERAL COMMUNICATIONS ACT; tehn  teh unit compired to process bogus dsp
TDCJ CORPORATION, so limit teh expenditures of dr Emmet, so he cannot properly
treat  society with thyrodi advsiement; family BE as inidctaed; and two doe
siblings;  plus ant that also  has medcialissues. alongwith Danielle and Bonnie
Haran  common law  wife. adn motehr inlaw who constantly ask fro medcial adviseemnt
adn r ahving their messages illeglay held and also ; all parties are not receivng
requested medcial advisement due to  bitchnamed christi mitchelell ILLEGLAY SEALING

FREE AMTERS FOR BLIND AMIL. this amil cannotbe sealed by federla governemnt law
and policy teh *&¢&¢ envelopes staet DO NOT*&¢*&¢ sleas yet this &*&* crackgead
selas teh envelopes anywasy; se also CHIRTSI WEIS; this was I00 dollar  request to
  mail I00 off aocunt to   I200 off account so that i acn pay court costs
adn fes; thsi was ent  with stamped enevlopeto wardenlopez and still was not
processed. so maybe he or his secreatry or amlroom staffing  simply refsued to
giev him hisamil or  amilroom opened hismailand snet out, but what is lisetd
as chirsti weiss is I200 requeswt to amil off account; damages r cought and sanctios
for intereffercne with medcial treatemnt to  societyall for free; fmaily
members; CTO non profit AR, with DEAPRTEMNT OFHOMLAND SECURITY AND FEDERAL BUREAU
OF INVESTIGATION INTENTIOANL HACKING ADN CRASHING "A.R's compueter, i phone
on constant and incessant absis. allaprteis lsietdinsuit. we seek  injunctiosn
agisnt adn writs of levy unitl commecial fees apid on intellectual proeprty
theft adn tdcj corporation is refsuignt o process I.00 to doe sib one; and to
court as well too; also tehy refsue to   allow amil off u prison sicne christ
mitchell  gotabck  form amternrity leave all FRE AMTERS FOR BLIND AND VISUAL
AHNDICAPPED AMIL AHS BEN ILLEGLAY SEALD:

MOTION FORLEAVE TO FILE SANCTIOOSN AND CONTEMPT OF COURTS AGAISNT MAILROOM
SUEPRVISOR CHRISTI MITHCELL;  and tdcj corporation adn DHS and FBI for crashing
CTO " A.R.' compueter, and i phone all topreent free healthadvsieemnt for all
that want or need advsiement on thyrodi physilogy.

there are over 8 fre world aprties lsietd. only one single party is in prison
so  all out side aprteis seek leave to rpoceed inforam apuperirs
and Danielle Haran adnBonnie Haran   are loking for sefiton 8 housing and losing
abiltiy to  apy rent at 5507 green briar

Patric k EmmettND. PHD: C.F.T

hughes

Danielle Haran

all oetrh aprteis sigantures in compalint already
all freeworld aprteis seek to ahev receivership at teh 5507 green birar address

Name and Number
Hughes Unit
3201 FM 929
Gatesville, TX, 76597

Johny Smith N.D. jr(AD) C.F.T.
01707-729

legal

Clerk

Federal Courts Clerk

United States District Courts
800 Franklin #380
Waco Texas 76701

RECEIVED
MAR 06 2025
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

legal